UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS MACGINLEY,

                    Plaintiff,

          -against-                                      25-CV-09252

HEALTHIX, INC., ET. AL.                                  **ORDER**

                    Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to issue summons to Healthix, Inc.,

Harold DelPino, Stephanie Scott, and Vivienne DeStefano.

**SO ORDERED.**

**Dated:** November 25, 2025                _____

     **New York, New York**                      **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**